IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-00367-MSK-KLM

ANGELA C. CORDELL;
VICTORIA S. MARI; and
LEONA R. YUTZY,

      Plaintiffs,

v.

CORRECTIONS CORPORATION OF AMERICA,

      Defendant.

## MINUTE ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

This matter is before the Court on the parties' **Stipulated Motion for Protective Order** [Docket No. 14; Filed April 28, 2010] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.

IT IS FURTHER **ORDERED** that the Protective Order is accepted for filing and entered as an order of the Court with interlineation as of today's date.

Dated: April 28, 2010